# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  WILLIAM C. SWEENEY                                    Case Number: 08-71864
        2616 SIOUX COURT           SSN-xxx-xx-9265
        ROCKFORD, IL  61109

                                                Case filed on:    6/13/2008
                                                Plan Confirmed on:

                          U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $3,600.00       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BRIAN A. HART | 3,500.00 | 3,500.00 | 551.40 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 551.40 | 0.00 |
|  |  |  |  |  |  |
| 020 | GE MONEY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | WILLIAM C. SWEENEY | 0.00 | 0.00 | 1,200.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,200.00 | 0.00 |
|  |  |  |  |  |  |
| 001 | BENEFICIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | HARRIS BANK NA | 34,386.57 | 27,000.00 | 919.54 | 763.46 |
|  | Total Secured | 34,386.57 | 27,000.00 | 919.54 | 763.46 |
|  |  |  |  |  |  |
| 003 | HARRIS BANK NA | 0.00 | 7,386.57 | 0.00 | 0.00 |
| 004 | BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | BAY FINANCE | 25,957.91 | 25,957.91 | 0.00 | 0.00 |
| 006 | CAPITAL ONE AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 7,384.65 | 7,384.65 | 0.00 | 0.00 |
| 008 | CASH ASAP | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CBUSA / SEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CHASE BANK USA NA | 4,787.50 | 4,787.50 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 635.19 | 635.19 | 0.00 | 0.00 |
| 012 | GREG SWEENEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | THE HC PROCESSING CENTER | 6,710.53 | 6,710.53 | 0.00 | 0.00 |
| 014 | HOLCOMB STATE BANK | 5,121.32 | 5,121.32 | 0.00 | 0.00 |
| 015 | HSBC BANK N/A | 1,200.51 | 1,200.51 | 0.00 | 0.00 |
| 016 | HSBC BANK N/A | 734.19 | 734.19 | 0.00 | 0.00 |
| 017 | NANCY SWEENEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | OSF ST. ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | COTTONWOOD FINANCIAL | 1,501.00 | 1,501.00 | 0.00 | 0.00 |
|  | Total Unsecured | 54,032.80 | 61,419.37 | 0.00 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 91,919.37 | 91,919.37 | 2,670.94 | 763.46 |

Total Paid Claimant:       $3,434.40
Trustee Allowance:         $165.60         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00        discharging the trustee and the trustee's surety from any and all
                                       liablility on account of the within proceedings, and closing the estate,
                                       and for such other relief as is just.  Pursuant to FRBP, I hereby
                                       certify that the subject case has been fully administered.

Report Dated:

                                           /s/ Lydia S. Meyer
                                        Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 12/30/2008         By  /s/Heather M. Fagan